UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18-cr-181-FtM-38UAM

ADRIAN ALEJANDRO MCCUSTER
_____

### PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to, and was adjudged guilty of, the offense charged in Count One of the Indictment — violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

The United States moves under 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting the defendant's interest in approximately $321.77 in U.S. currency.

The United States has established the requisite connection between the asset and the offense charged in Count One of the Indictment. Because the United States is entitled to possession of the asset, the motion is **GRANTED**. The defendant's interest in the asset is condemned and forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE and ORDERED** in Fort Myers, Florida, this <u>4th</u> day of March, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record